IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

**MARK ERIC RIGGS,**

      **Plaintiff,**

v.                                              Case No.: 3:14-cv-14050

**CAROLYN W. COLVIN,**
**Acting Commissioner of the**
**Social Security Administration,**

      **Defendant.**

## J U D G M E N T   O R D E R

In accordance with the MEMORANDUM OPINION entered this day, it is hereby

**ORDERED** as follows:

(1) Plaintiff's request for judgment on the pleadings as articulated in his Brief in Support of Judgment on the Pleadings (ECF No. 11) is **DENIED**;

(2) The Commissioner's request for judgment on the pleadings as articulated in her Brief in Support of Defendant's Decision (ECF No. 14) is **GRANTED**;

(3) The final decision of the Commissioner is **AFFIRMED**; and

(4) This action is **DISMISSED** from the docket of this Court.

The Clerk is directed to provide copies of this Order to all counsel of record.

                                                       **ENTERED**: July 23, 2015

                                                       Cheryl A. Eifert
                                                       United States Magistrate Judge